PER CURIAM. 

(No. 75-CC-1039—

RIGHT GIRL TEMPORARY SERVICE, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed June 2, 1975.*

RIGHT GIRL TEMPORARY SERVICE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.